```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
                     Minutes of Proceeding
```

OFFICE:    Trenton

Magistrate Judge Lois H. Goodman          Date: 2/6/18

Court Reporter/ESR: Digitally


TITLE OF CASE:                            CIVIL 16-8129 PGS/LHG
WALTER DOWMAN, ET AL.

vs.

CHUBB CORPORATION, ET AL.

APPEARANCES:

Neil Henrichsen and Helen Albee, Esqs for Plaintiffs
Michael Bernstein and Daniel Bryer, Esqs for Defendants


NATURE OF PROCEEDINGS:
Telephone Conference held re: discovery dispute.
Decision read into the record denying plaintiff's request for
discovery.
Dispositive motion schedule set.
Order to follow.


TIME COMMENCED: 2:15 p.m.          *Ivannya Fitzgerald,*
TIME ADJOURNED: 2:25 p.m.          Courtroom Deputy
TOTAL TIME: 10 minutes